UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-02378 DSF (MARx) | Date | September 26, 2022 |
|---|---|---|---|
| Title | The Blacklist Online, LLC et al v. Matthew Wagner et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Patricia Kim for Renee Fisher | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David S Gingras | Daniel S Miller |

**Proceedings:**   SCHEDULING CONFERENCE

    The matter is called and counsel state their appearances. The parties are to provide the form consenting to proceed before a magistrate judge by next week.