David S. Gingras, CSB 218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiffs
The Blacklist Online, LLC and
Shalon Doney

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability complaint; SHALON DONEY, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>MATTHEW WAGNER, an individual; ADAM CAMBELL, an individual; <br><br>Defendants. | Case No. 22-cv-2378-DSF <br><br> **NOTICE OF LODGING CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

Pursuant to California Central District Local Rule LR 5–4.4 and this Court's order entered Sept. 27, 2022 (Doc. 19), notice is given that the parties consent to have this matter proceed before a United States Magistrate Judge. An executed consent form is lodged herewith.

DATED: October 5, 2022              **GINGRAS LAW OFFICE, PLLC**

                                    David S. Gingras, Esq.
                                    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022 I transmitted the attached document to the Clerk's Office for ECF filing, and for electronic service on all counsel of record in this matter:

Daniel S. Miller, Esq.
LAW OFFICE OF DANIEL S. MILLER
412 Olive Ave., #620
Huntington Beach, CA 92648
Attorney for Defendants

_____

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044