UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-02378-SK                                                              Date: October 21, 2022

Title        The Blacklist Online, LLC et al v. Matthew Wagner et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **SCHEDULING ORDER**

Based on the parties' Joint Rule 26(f) Report (ECF 16), the Court finds that no scheduling conference is needed and sets forth the schedule laid out below, which may be modified only upon a showing of good cause.

| Matter | Date |
|---|---|
| Last day to hear motion to amend pleadings or add parties | November 21, 2022 |
| Non-expert discovery cut-off; Expert discovery cut-off | January 23, 2023 |
| Last day to hear motions | March 8, 2023 |
| Last day to conduct ADR Proceedings, LR 16-15, with an available Magistrate Judge who has agreed to mediate for the parties | March 20, 2023 |
| Trial documents (set one): File memo of contentions of fact and law, LR 16-4; Exhibit & witness lists, LR 16-5 6; Status report regarding settlement; Motions in limine (no more than 5 per side without Court permission) | April 24, 2023 |
| Trial documents (set two): Lodge pretrial conference order, LR 16-7; File oppositions to motions in limine | May 1, 2023 |
| Pretrial Conference, LR 16; Hearing on motions in limine | **May 10, 2023 at 10:00 AM** |
| Jury trial (Est. 1-3 days) | **June 13, 2023 at 9:00 AM** |