David S. Gingras, CSB 218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiffs/Counterdefendants
The Blacklist Online, LLC and
Shalon Doney

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability complaint; SHALON DONEY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ADAM CAMBELL, an individual; MATTHEW WAGNER, an individual, <br><br> Defendants. <br><br> And Related Claims. | Case No. 22-cv-2378-SK <br><br> **JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER** |

On October 21, 2022 this Court issued a Scheduling Order (Doc. 23) setting various deadlines in this matter. Among other things, the current Scheduling Order sets a trial date in this case for June 13, 2023.

The parties, through counsel undersigned, hereby stipulate and agree that good cause exists to modify the Scheduling Order for the following reasons.

As noted in the Complaint filed in this matter (¶¶ 10–12), at the time this action was commenced, Plaintiff Shalon Doney and Defendant Adam Campbell were married. There was, and still is, a marital dissolution action pending in Los Angeles County Superior Court, Case No. 21CHFL00463 involving Ms. Doney and Mr. Campbell.

The co-Plaintiff in this matter, The Blacklist Online, LLC ("TBO") is a limited liability company formed during the marriage of Ms. Doney and Mr. Campbell. The

parties agree TBO is an asset of the Doney/Campbell marital community, but the parties dispute other issues including the valuation of TBO and how the value of the asset will be distributed/equalized between the parties. At the time this matter was filed, the parties also disagreed as to whether Mr. Campbell had authority to act on behalf of TBO and/or to use TBO's trademarks and intellectual property in commence.

Over the past several months, the parties have engaged in settlement discussions and have reached a partial resolution of some, but not all, issues in their divorce. To that end, on February 21, 2023, Ms. Doney and Mr. Campbell filed a Joint Stipulation and Order in the dissolution action agreeing that the Court could bifurcate the proceeding, dissolve the marriage and enter a degree of dissolution, while financial matters (including the valuation and distribution of TBO) would be subject to resolution at a later time. As of the date of this stipulation, no trial date has been set in the dissolution proceeding.

The primary relief sought in this federal case (as between Ms. Doney and Mr. Campbell) concerns the control of TBO and the question of whether Mr. Campbell had/has any authority to act on behalf of TBO and/or to use TBO's trademarks in commerce. This specific issue would likely be moot if/when the family court enters a final decree distributing TBO as an asset and making a determination regarding how the value of the asset will be equalized as to the other spouse.

Based on these facts, the parties stipulate and agree that good cause exists for all current deadlines in the Scheduling Order to be extended for a period of 120 days as follows:

| Event | Current Deadline | New Proposed Date |
|---|---|---|
| Trial documents (set one): File memo of contentions of fact and law, LR 16-4; Exhibit & witness lists, LR 16-5 6; Status report regarding settlement; Motions in limine (no more than 5 per side without Court permission) | April 24, 2023 | August 22, 2023 |
| Trial documents (set two): Lodge pretrial conference order, LR 16-7; File oppositions | May 1, 2023 | August 29, 2023 |

| | | |
|---|---|---|
| to motions in limine | | |
| Pretrial Conference, LR 16; Hearing on motions in limine | May 10, 2023 at 10:00 AM | Sept. 7, 2023 at 10:00 AM |
| Jury trial (Est. 1-3 days) | June 13, 2023 at 9:00 AM | Oct. 11, 2023 at 9:00 AM |

DATED: March 24, 2023.

**GINGRAS LAW OFFICE, PLLC**

_____
David S. Gingras, Esq.
Attorney for Plaintiffs/
Counterdefendants
Shalon Doney &
The Blacklist Online, LLC


**LAW OFFICE OF DANIEL S. MILLER**

_____
Daniel S. Miller, Esq.
Attorney for Defendants Matthew Wagner &
Adam Cambell

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023 I transmitted the attached document to the Clerk's Office for ECF filing, and for electronic service on all counsel of record in this matter:

Daniel S. Miller, Esq.
LAW OFFICE OF DANIEL S. MILLER
412 Olive Ave., #620
Huntington Beach, CA 92648
Attorney for Defendant/Counterclaimant Matthew Wagner

_/s/ David Gingras_