UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 22-02378-SK                                                                 Date: March 27, 2023

Title     The Blacklist Online, LLC et al v. Matthew Wagner et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                 |                    n/a                     |
| :------------------------------------------: | :----------------------------------------: |
|                Deputy Clerk                  |          Court Reporter / Recorder         |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

None present                                None present

**Proceedings:**     (IN CHAMBERS) **ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER (ECF 25)**

The Court has reviewed the parties' stipulation to modify the scheduling order. (ECF 25). The request is GRANTED as follows:

| Event | Date |
|---|---|
| Trial documents (set one):<br>File memo of contentions of fact and law, LR 16-4; Exhibit & witness lists, LR 16-5 6; Status report regarding settlement; Motions in limine (no more than 5 per side without Court permission) | August 30, 2023 |
| Trial documents (set two): Lodge pretrial conference order, LR 16-7; File oppositions to motions in limine | September 6, 2023 |
| Pretrial Conference, LR 16; Hearing on motions in limine | **September 20, 2023 at 10:00 AM** |
| Jury Trial (Est. 1-3 days) | **October 10, 2023 at 8:30 AM** |

IT IS SO ORDERED.