UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-02378-SK                                           Date: August 2, 2023

Title      The Blacklist Online, LLC et al v. Matthew Wagner et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|                Connie Chung                 |              CS 08/02/23              |
| ------------------------------------------- | ------------------------------------ |
|                Deputy Clerk                 |       Court Reporter / Recorder      |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

Not Present                                        Daniel Miller

**Proceedings:       PRETRIAL STATUS CONFERENCE**

Case called.  Defendants' Counsel states his appearance for the record. Defendant Matthew Wagner is also present.  No appearance is made by or on behalf of Plaintiffs.  The Court and Defendants' Counsel discuss the case and matters of scheduling.

Plaintiffs' Counsel, Mr. Hurey, is ordered to pay a sanction in the amount of $250.00 to the Clerk of Court, which may be applied to an appropriate fund at the Clerk's discretion, such as the Attorney Admissions fund or Pro Se Clinics fund.  The sanction must be paid by certified check or money order, made payable to "Clerk, U.S. District Court."  Each certified check or money order must include the case name and number.  Payment must be delivered to:

United States District Court, Central District of California
Attn: Fiscal Department
255 East Temple Street, Room 1178
Los Angeles, CA 90012

Mr. Hurey is further ordered to reimburse Mr. Miller and Mr. Wagner for costs and fees incurred from today's proceeding, including the cost of parking, round trip mileage (at the current GSA mileage reimbursement rate of $0.655 per mile), and attorney's fees.  Mr. Miller is directed to email this Order and an itemization of costs and fees to Mr. Hurey today.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-02378-SK                                               Date: August 2, 2023

Title         The Blacklist Online, LLC et al v. Matthew Wagner et al.


      Both the sanction and reimbursement must be paid by no later than 5:00 PM on August 4, 2023.

      The Court will issue a separate order regarding the modified schedule.


| | 00:20 |
|---|---|
| **Initials of Preparer** | CC |