UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 22-02378-SK                                             Date: August 10, 2023

Title   The Blacklist Online, LLC et al v. Matthew Wagner et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

　　　Lead counsel for the parties, as well as each of the individual parties themselves (Shalon Doney, Adam Campbell, and Matthew Wagner), are ORDERED to appear in person at **10 AM on August 16, 2023** in Courtroom 540 of the Roybal Federal Building and United States Courthouse located at 255 E Temple Street in Los Angeles, California 90012, to SHOW CAUSE:

　　　(1)    why this action should not be involuntarily dismissed, with or without prejudice, for lack of prosecution and failure to obey court orders.  See Fed. R. Civ. P. 41(b); L.R. 41-1; see also Fed. R. Civ. P. 37(b)(2); Fed. R. Civ. P. 16(f).

-and-

　　　(2)    why counsel and the individual parties should not be sanctioned, including with monetary sanctions including attorney's fees, for abuse of the litigation process and bad faith litigation conduct.  See Fed. R. Civ. P. 11(c); see also Fed. R. Civ. P. 1; Chambers v. NASCO, Inc., 501 U.S. 32 (1991); Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

　　　Counsel and the parties may discharge this order automatically only by filing a stipulation for voluntary dismissal of the entire action with prejudice by no later than **3 PM PT on August 14, 2023**.  Otherwise, failure to comply with this order—and to appear as ordered on August 16—may lead to a finding of contempt of court as well as the imposition of additional sanctions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-02378-SK                                                         Date: August 10, 2023

Title   The Blacklist Online, LLC et al v. Matthew Wagner et al.

    Meanwhile, the modified scheduling order previously entered on August 2, 2023 (ECF 38) is **VACATED**, and Defendant's motion to modify that scheduling order (ECF 40) is **DENIED** as moot.

    IT IS SO ORDERED.