Michael Hurey (State Bar No. 139550)
mhurey@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone:  (310) 557-1511
Facsimile:   (310) 557-1540

Attorneys for Plaintiffs THE BLACKLIST ONLINE, LLC. and SHALON DONEY

## UNITED STATED DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability company and SHALON DONEY<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WAGNER and ADAM CAMPBELL, individuals,<br><br>Defendants. | Case No.: 22-CV-02378-SK<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41]** |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiffs The Blacklist Online, LLC and Shalon Doney and Defendants Matthew Wagner and Adam Campbell hereby stipulate to the dismissal of this action with prejudice.

///

///

///

1      This stipulation is not intended to limit Defendants' right to seek recoverable costs,
2  sanctions and/or file a motion for attorney's fees.

                                     KLEINBERG & LERNER, LLP

Dated: August 11, 2023        By: _____
                                           Michael Hurey
                                           Attorneys for Plaintiffs
                                           THE BLACKLIST ONLINE, LLC,
                                           and SHALON DONEY

Dated: August 11, 2023        *Daniel Miller*
                                           _____
                                           Daniel S. Miller
                                           Attorneys for Defendants
                                           MATTHEW WAGNER and ADAM CAMPBELL