LAW OFFICE OF DANIEL S. MILLER
DANIEL S.  MILLER, CBN 199086
412 Olive Ave. #620
Huntington Beach, California 92648
714-342-5992
danmilleresq@mac.com

Attorney for Defendant Matt Wagner and Adam Campbell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability complaint; SHALON DONEY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW WAGNER, an individual; ADAM CAMPBELL, an individual; <br><br> Defendants. | CASE NO.:     22-cv-2378 <br><br> **DECLARARTION OF ADAM CAMPBELL IN SUPPORT OF DEFENDANTS MOTION FOR ATTORNEY FEES AND OR SANCTIONS** <br><br><br> FILE DATE:          April 8, 2022 <br><br> DISMISSAL DATE: August 14, 2023 |
| AND RELATED CROSS-CLAIMS | |

I, Adam Walter Campbell, declare:

I am a Defendant in the above-entitled matter; and, if called upon to testify, I could and would competently testify to the following of my own personal knowledge.

1.       Shalon Doney is doing exactly what she promised she would do...ruin me and take everything we had built. This baseless and pointless Federal case is just one example of Doney

DECLARATION OF ADAM CAMPBELL IN SUPPORT OF MOTION FOR ATTORNEY FEES

1    using the business that was built during our marriage and her superior financial position against me.

2          2.      By way of background, I met Doney in 2013 when she arrived in Montana with her

3    then minor daughter and not a penny to her name. At that time, I was running successful marijuana

4    related businesses and had set aside significant money for future needs, including potential legal

5    exposure related to those businesses.

6          3.      I hired Doney to work for Montana Buds and later married her. Montana Buds

7    funded our lifestyle until I had to close it down in mid - 2017 as part of a Federal Plea Agreement.

8    When that happened, we continued to live the same lifestyle and used my separate property savings

9    to live off.  In fact, our lifestyle grew, and we rented a second home in California so that our new

10   business venture could pursue work in the large California commercial cannabis market.

11         4.      In 2017, we created a new platform with the same message and goals as Montana

12   Buds and called it the Blacklistxyz. The Blacklistxyz was intended to be a marketing and news

13   aggregation site regarding the emerging cannabis markets in several states including California.

14   Doney administered the Blacklistxyz, and I provided the expertise and knowledge that the

15   Blacklistxyz ultimately became known for, and which is now a thriving business.

16         5.      In 2017, we formed a Delaware corporation named Blacklistxyz and decided to put

17   the business in Doney's name because I was on probation among other factors. In addition, a

18   website (www.TheBlacklist.xyz) and popular Instagram Page was built as part of the business.  The

19   Blacklistxyz was funded 100% through my separate property, including cash savings and the sale

20   of insurance policies and retirement accounts that had been accumulated by me long before I

21   married Doney. We spent close to $100,000 just on website development and maintenance,

22   $100,000 traveling to trade shows and events to make contacts and promote our businesses, and

23   spent large amounts on lawyers, data entry people, artists and other expenses that pop up growing a

24   business.

25         6.      In 2019 and 2020, the Blacklistxyz began generating significant revenue in amounts

26   between $30,000 and $60,000 a month. The Blacklistxyz had been featured in two prominent news

27

28

DECLARATION OF CAMPBELL IN SUPPORT OF MOTION FOR ATTORNEY FEES

articles with one declaring in the headline "<u>Meet "The Blacklist," the Most Disruptive Voice in Weed</u>"[1]. With money coming in regularly and the growing success of our business we continued to live well.

7.      In May 2020, I learned that Doney had been planning to leave me broke, deeply in debt, and without any connection to the Blacklistxyz, which Doney was fond of saying "was built for my husband as a culmination of a lifetime of knowledge and commitment to the industry. It is his legacy and vindication."

8.      When Doney left, I discovered the following items taken and debts incurred:

- $60,000 in Cashier's Checks withdrawn from our checking account, which I believe she deposited into her daughter's account to hide it from me.
- $50,000 in cash reserves, gold and other valuables removed from the safe.
- $20,000 in art and décor.
- $6,100 in unpaid rent for our family home in California.
- $8,000 in maxed out credit cards for travel with her boyfriend in San Diego.
- $20,000 in medical bills due to Doney canceling my health insurance without my knowledge.

9.      Since leaving in May 2020, Doney has taken sole control of the Blacklistxyz.

10.     While I am struggling to make ends meet earning $5,000 a month, Doney continues to live an extravagant lifestyle both personally and professionally.

11.     As part of her campaign against me, Doney filed this Federal Court case forcing me to incur unnecessary legal fees for issues that were already being addressed in the family law matter we had pending bearing. Case number 21CHFL00463. When I first was served with the lawsuit I spoke with Doney, let her know that I was not using the Blacklistxyz's trademark and that she should dismiss her case since our dispute was in family law court already. She refused to listen to me and instead insisted that the Federal case would issue an Order granting her ownership of the Blacklistxyz. During the course of this litigation she would tell me that "she will never testify about her business" and that "she would rather destroy the Blacklistxyz then pay me anything". I concluded that Doney was simply blinded by rage and would use this case and any other weapon at

---

[1] https://merryjane.com/culture/meet-the-blacklist-the-most-disruptive-voice-in-weed

DECLARATION OF CAMPBELL IN SUPPORT OF MOTION FOR ATTORNEY FEES

her disposal to make me suffer emotionally and financially.

12.     What neither Court was aware of was how Doney would use the various cases and her control of theblacklistxyz as weapons against me. With her arsenal growing ever more lethal and vicious when legitimate discovery was sought in either case or Court ordered deadlines were approaching.

13.     A few examples of her erratic behavior and messages are attached as Exhibit 1, but include the following:

- "And I promise you as long as you are with that disgusting ass woman I'll never pay you a fucking dime. She's not going to ever eat of my hard work"
- "Thank you for stabbing me in my heart for the final time. You did this. Nobody will get anything. Except my daughter gets a dead mother. I'm done.
- You and Matt went to a child journalist to publish an illegal documentary about me."
- "Think I'm going to start with you and Matt going to a journalist with videos you and Matt took illegally to write another hit piece on me.",
- "I am a single mother, with diabetes. I had nothing when I met you. NOTHING!!!!!!!!!"
- I contacted my friend at homeland security. Crazy enough he now works for the FBI. And he just said he would help me with whatever I need."
- "There's been a major change of plans. Hope you're ready. This has turned into an advertising agreement for dank vapes and self promotion for Matt. My attorney hates cannabis and I'm taking this settlement agreement public and exposing the real problem in our industry: GREED. You and Matt have pushed me too far."
- "We are going to litigate this federal case because it's going to be way more fun to have the court order you and Matt to pay me."

14.     June 21-23, 2023 was an especially vicious time that needlessly increased litigation tensions and costs. During that time I received unrelenting telephone calls and text message from Doney that harassed, threatened and demeaned me. They also directly referenced my daughter which scared me for her safety. Some of the texts said "And I'm calling your disgusting whore daughter -- well I'm gonna text her all the photos of us from this weekend", "You will have to pay

4

1  for pussy now to be with a beautiful women", "Well I'm going to make sure that the world knows

2  that it's your fucking fault you horrible, horrible, horrible man", "And I promise you as long as you

3  are with that disgusting ass woman; I'll never pay you a fucking dime.", and " So I'm going to post

4  the truth on my page about everything then I'm going to leave this world". These tirades were so

5  scary I would speak at length with my attorney to try to determine how best to conclude the various

6  matters and protect myself. Attached as Exhibit 2 are copies of the messages during this time.

7      15.    July 27, 2023 after filing the Joint Status Report where Doney's failure to provide

8  discovery responses or sit for a deposition was revealed to the Court she wrote to tell me "You only

9  get what MY company was worth the day we separated. I hope you have a heart attack and die

10  honestly. That would be best for everyone involved. 😂😂😂"

11      16.    On July 30, 2023, I was contacted by a member of the cannabis community who

12  told me that Doney had been threatening me and Matt Wagner with physical violence. He also

13  let me know the Doney had no intention of testifying about her business. This was right at the

14  time of her scheduled deposition date.

15      17.    These are just a few examples during the last two months of the Federal Case of

16  how Doney would needlessly escalate every situation, avoid discovery obligations, and use

17  her superior financial position to hurt me and make me spend money needlessly on lawyers.

18      18.    Finally, Doney has never provided any testimony in either case. In the Federal

19  case, she failed to answer Special Interrogatories, never sat for her noticed deposition, and

20  never provided any evidence of damages. In the Family law case, we are on the sixth notice of

21  deposition and still waiting for financial documents related to the Blacklistxyz. And, Doney's

22  unhinged behavior will no doubt persist until that case is resolved.

23  I declare under penalty of perjury under the laws of the State of California that the foregoing is true

24  and correct.

25      Executed this 4th day of September 2023.

26

27  _____

28      Adam Walter Campbell