1  LAW OFFICE OF DANIEL S. MILLER
   DANIEL S. MILLER, CBN 199086
2  412 Olive Ave. #620
   Huntington Beach, California 92648
3  714-342-5992
   danmilleresq@mac.com
4
   Attorney for Defendant Matt Wagner and Adam Campbell
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability complaint; SHALON DONEY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW WAGNER, an individual; ADAM CAMPBELL, an individual; <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS | CASE NO.:   22-cv-2378 <br><br> **DECLARARTION OF DANIEL MILLER IN SUPPORT OF DEFENDANTS MOTION FOR ATTORNEY FEES AND OR SANCTIONS** <br><br> FILE DATE:   April 8, 2022 <br><br> DISMISSAL DATE: August 14, 2023 |

I, Daniel Miller, declare:

I am the attorney for Defendants in the above-entitled matter; and, if called upon to testify, I could and would competently testify to the following of my own personal knowledge.

1. I have been practicing law since 1998 and have a practice that is primarily focused on litigation and also Commercial Cannabis. My current hourly rate for litigation matters is

DECLARATION OF DANIEL S. MILLER IN SUPPORT OF MOTION FOR ATTORNEY FEES

$450.00.

2. My billing is kept on an excel timesheet with minimum billing increments of .25 hours. Attached as Exhibit 1 is a copy of the billing spreadsheet for this matter. The total hours worked were 111.25 for a total bill of $50,062.50.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of September 2023.

*Daniel Miller*
Daniel S. Miller

| | | | Law Office of Daniel S. Miller<br>412 Olive Avenue #620<br>Huntington Beach, CA 92648 |
|---|---|---|---|
| | | | Invoice |
| Date | Client | Matter | Work Performed |
| 3/7/22 | Wagner | TBO | Meeting with M. Wagner re: possible litigation with theblacklistxyz |
| 3/8/22 | Wagner | TBO | Telephone conference and follow discussions with M. Wagner re: litigation theories; draft demand letter to TBO. |
| 3/9/22 | Wagner | TBO | Review, revise and send TBO demand letter. |
| 3/18/22 | Wagner | TBO | Review email from D. Gingras regarding retention by Defendants; telephone conference with clients regarding same. |
| 3/19/22 | Wagner | TBO | Telephone conference with M. Wagner re: possible conflict of interest by D. Gingras due to Aaron Riley matter; legal research regarding conflicts. |
| 3/22/22 | Wagner | TBO | Email to D. Gingras regarding possible conflict and possible resolution on M. Wagner's claims; review response from D. Gingras. |
| 3/25/22 | Wagner | TBO | Review email from D. Gingras re: allegations of use of TBO's mark by M. Wagner; various communications with M. Wagner re: same. |
| 4/1/22 | Wagner | TBO | Review and analyze documents provided by M. Wagner; telephone conference and text messages regarding documents and case facts. |
| 4/8/22 | Wagner | TBO | Review and respond to email from D. Gingras regarding filing of TBO v. Wagner (22-cv-2378); Review CACD email and initial review of Complaint; email to clients regarding filed complaint. |
| 4/24/22 | Wagner | TBO | Conference with M. Wagner and review and analyze complaint and identify responses, defenses and documents. |
| 4/25/22 | Wagner | TBO | Email from D. Gingras regarding acceptance of service of process; review complaint with M. Wagner. |
| 4/29/22 | Wagner | TBO | Review and analyze documents uploaded to google drive by M. Wagner. |
| 5/13/22 | Wagner | TBO | Conference with M. Wagner re: status of case and possible counter claims; legal research re: use of recordings |
| 5/19/22 | Wagner | TBO | Review and analyze additional documents uploaded to google drive by M. Wagner. |
| 5/20/22 | Wagner | TBO | Review emails from D. Gingras; review and analyze additional documents uploaded to google drive by M. Wagner. |
| 5/21/22 | Wagner | TBO | Review and analyze additional documents uploaded to google drive by M. Wagner. |

| Date | | | Description |
|---|---|---|---|
| 5/23/22 | Wagner | TBO | Telephone conference with D. Gingras re: responsive pleading, early mediation and extension to answer; various calls with clients regarding early mediation. |
| 5/25/22 | Wagner | TBO | Conference with clients regarding settlement versus litigation; prepare email to D. Gingras. |
| 6/6/22 | Wagner | TBO | Conference with clients regarding status of settlement discussions; prepare email to D. Gingras re: same. |
| 6/7/22 | Wagner | TBO | Review additional documents added to google drive by M. Wagner; Start drafting M. Wagner's Answer to Complaint; various conferences with M. Wagner regarding facts supporting denial of allegations. |
| 6/8/22 | Wagner | TBO | Continue drafting M. Wagner's Answer to Complaint |
| 6/15/22 | Wagner | TBO | Conferences with clients regarding deposition of Plaintiffs and categories of documents. |
| 6/21/22 | Wagner | TBO | Review email from D. Gingras re: 1) service of Adam Campbell and 2) M. Wagner's responsive pleading; various conferences with clients regarding same. |
| 7/1/22 | Wagner | TBO | Various emails with D. Gingras re: status of M. Wagner's responsive pleading and service of A. Campbell |
| 8/2/22 | Wagner | TBO | Conference with M. Wagner and A. Campbell regarding failure to settle and litigation needs; continue drafting M. Wagner's Answer to Complaint. |
| 8/3/22 | Wagner | TBO | Review additional documents added to google drive by M. Wagner; review and revise M. Wagner's Answer to Complaint. |
| 8/8/22 | Wagner | TBO | Finalize and file M. Wagner's Answer to Complaint. |
| 8/9/22 | Wagner | TBO | Review email from D. Gingras re: Wagner's Answer and possible resolution of case; conference with clients regarding settlement proposals; Review additional documents added to google drive by M. Wagner. |
| 8/10/22 | Wagner | TBO | Review email regarding filing deficiencies; revise filing to correct deficiencies. |
| 8/16/22 | Wagner | TBO | Review in chambers Order regarding Notice of Interested Parties and Scheduling Conference; conference with clients regarding same. |
| 8/22/22 | Wagner | TBO | Prepare and file Notice of Interested Parties. |
| 8/23/22 | Wagner | TBO | Review email from D. Gingras re: draft 26(f) report; conference with clients regarding 26(f) report requirements. |
| 8/29/22 | Wagner | TBO | Review and analyze Draft Rule 26(f) Report prepared by D. Gingras. |
| 8/30/22 | Wagner | TBO | Various emails with D. Gingras and clients regarding Joint Stipulation to Reschedule Hearing; review and revise stipulation. |
| 8/31/22 | Wagner | TBO | Review Order granting Stipulation. |
| 9/12/22 | Wagner | TBO | Draft Defendants' revisions and additions to Draft Rule 26(f) Report; conferences with clients regarding same. |

| | | | |
|---|---|---|---|
| 9/19/22 | Wagner | TBO | Various emails with D. Gingras and clients re: Draft Rule 26(f) Report in preparation of filing. |
| 9/21/22 | Wagner | TBO | Various emails and calls with D. Gingras re: schedule of dates; Review and analyze documents uploaded to google drive by M. Wagner. |
| 9/22/22 | Wagner | TBO | Review revised schedule of date for filing. |
| 9/26/22 | Wagner | TBO | Attend Scheduling Hearing. |
| 9/27/22 | Wagner | TBO | Review Order after Scheduling Hearing; Review and analyze documents uploaded to google drive by M. Wagner. |
| 10/5/22 | Wagner | TBO | Various emails regarding magistrate selection and <u>request for deposition dates</u>; review and approve Notice of Lodging and Magistrate Consent for filing. |
| 10/6/22 | Wagner | TBO | Review Consent to Proceed issued; conference with clients regarding status of case. |
| 10/11/22 | Wagner | TBO | Review Minutes regarding Case Management and Schedule of Dates. |
| 10/21/22 | Wagner | TBO | Telephone conference and emails with D. Gingras re: status of case, current dates and response to Clerk of Court; Conference with clients regarding same; Review In Chambers notice regarding dates. |
| 11/9/22 | Wagner | TBO | Telephone conference with D. Gingras re: Plaintiffs' settlement ideas; conference with clients regarding proposed settlement structure. |
| 1/12/23 | Wagner | TBO | Review and analyze documents uploaded to google drive by M. Wagner. |
| 2/17/23 | Wagner | TBO | Conference with clients regarding upcoming deadlines including <u>deposition of Plaintiffs</u>; identify key issues for deposition. |
| 3/3/23 | Wagner | TBO | Review CACD email regarding standing order; conference with clients re: same. |
| 3/15/23 | Wagner | TBO | Review and respond to email from D. Gingras re: impact of status only dissolution on case. |
| 3/21/23 | Wagner | TBO | Review email from Clerk of the Court re: settlement conference; Various emails and calls with D. Gingras and clients re: status of settlement possibilities; Prepare joint response to Clerk of the Court. |
| 3/24/23 | Wagner | TBO | Review email from Clerk of the Court re: Stipulation; Various emails and calls with D. Gingras and clients re: settlement structure proposed by D. Gingras; Review and revise Stipulation to Continue Dates. |
| 3/27/23 | Wagner | TBO | Review Order granting Stipulation; conference with clients regarding next steps. |
| 3/29/23 | Wagner | TBO | Meeting with clients regarding settlement proposal and overview of litigation alternative. |
| 4/17/23 | Wagner | TBO | Review revised settlement proposal provided by D. Gingras; conference with clients regarding the same. |

| Date | | | Description |
|---|---|---|---|
| 5/2/23 | Wagner | TBO | Telephone conference with D. Gingras re: status of settlement response from Doney, open discovery matters including deposition of Plaintiff; Prepare follow-up email to D. Gingras; conference with clients regarding failure of Doney to respond to settlement proposals. |
| 5/5/23 | Wagner | TBO | Review email from D. Gingras re: signed settlement offer; conference with clients regarding impact of settlement. |
| 5/19/23 | Wagner | TBO | Prepare Request for Admissions and Special Interrogatories; draft email to D. Gingras re: failure of settlement talks and need to complete discovery. |
| 6/8/23 | Wagner | TBO | Review and respond to various emails from D. Gingras and S. Doney re: deposition dates; conference with clients re: dates for depositions. |
| 6/19/23 | Wagner | TBO | Review and analyze TBO's Response to Request for Admissions; Conference with clients regarding responses; draft meet and confer letter; Review email from S. Doney re: accusations against attorney Miller and other item; Respond to Accusatory email and provide a comprehensive settlement offer. |
| 6/20/23 | Wagner | TBO | Prepare Notice of Deposition; various emails regarding status of Responses to Special Interrogatories and deposition scheduling. |
| 6/21/23 | Wagner | TBO | Conference with clients regarding Doney's calls, messages and threats. |
| 6/22/23 | Wagner | TBO | Telephone conference with D. Gingras re: response to comprehensive settlement offer; Conference with clients regarding same; Draft revised comprehensive settlement offer. |
| 6/23/23 | Wagner | TBO | Various calls and emails with D. Gingras and clients regarding settlement revisions; Research use of audio/video recordings based on new allegations by Plaintiffs. |
| 6/26/23 | Wagner | TBO | Review and analyze Plaintiffs' Settlement Agreement; meeting with clients to review terms. |
| 6/27/23 | Wagner | TBO | Telephone conference with D. Gingras re: issues with Settlement Agreement; Conference with client regarding additional terms; Revise Settlement Agreement. |
| 6/28/23 | Wagner | TBO | Various emails and revisions to Settlement Agreement; Review changes with clients. |
| 6/29/23 | Wagner | TBO | Continued negotiations regarding Settlement Agreement language; Review email from S. Doney rejecting Settlement Agreement and demanding new terms. |
| 6/30/23 | Wagner | TBO | Review S. Doney's rejection email with clients; Prepare new Comprehensive Settlement Offer; Meet and confer with D. Gingras re: Motion to Withdraw; Research rules for withdrawal and meeting with clients regarding same; Various emails with S. Doney and D. Gingras re: new Comprehensive Settlement Offer. |
| 7/1/23 | Wagner | TBO | Various emails regarding Settlement Offer. |

| Date | | | |
|---|---|---|---|
| 7/3/23 | Wagner | TBO | Review and analyze Motion of David S. Gingras to Withdraw as Attorney; Continued settlement emails; Conference with clients; Various emails and calls with clients and D. Gingras re: continued revisions to Settlement Agreement; Review emails from S. Doney. |
| 7/6/23 | Wagner | TBO | Review Minutes in Chambers re: Motion to Withdraw; Conference with clients regarding status of case; Review email from new attorney M. Hurey; Review Order re: Motion to Withdraw. |
| 7/7/23 | Wagner | TBO | Telephone conference and emails with M. Hurey re: case facts, upcoming deposition of Plaintiff, and issues related to settlement; conference with clients regarding new attorney and issues related to audio recordings. |
| 7/11/23 | Wagner | TBO | Draft email to D. Gingras and M. Hurey re: settlement, substitution of attorney, discovery responses and deposition; telephone conference with D. Gingras; Review CACD Status Report Filing re: Motion to Withdraw; emails and telephone calls with M. Hurey; conference with clients. |
| 7/13/23 | Wagner | TBO | Review Complaint and Answers in preparation for deposition of Doney. |
| 7/26/23 | Wagner | TBO | Prepare Joint Status Report; various emials with M. Hurey and clients re: same. |
| 8/2/23 | Wagner | TBO | Attend Status Conference; Review minutes and Revised Scheduling Order. |
| 8/3/23 | Wagner | TBO | Deposition and trial preparation; meeting with clients regarding trial. |
| 8/10/23 | Wagner | TBO | Prepare and file Request to Extend Discovery Cutoff; various emails with M. Hurey and clients re: settlement and trial. |
| 8/14/23 | Wagner | TBO | Various emails with M. Hurey re: dismissal with prejudice; review Order discharging Order to Show Cause and Order re: Motion for Attorney Fees; telephone conferences with clients re: same. |
| Total | | | |

| Time Logged | Billing Rate | Amount |
|---|---|---|
| 1.5 | $450.00 | $675.00 |
| 2.5 | $450.00 | $1,125.00 |
| 1.5 | $450.00 | $675.00 |
| 0.25 | $450.00 | $112.50 |
| 2 | $450.00 | $900.00 |
| 0.5 | $450.00 | $225.00 |
| 0.75 | $450.00 | $337.50 |
| 2.5 | $450.00 | $1,125.00 |
| 1.5 | $450.00 | $675.00 |
| 2.5 | $450.00 | $1,125.00 |
| 3 | $450.00 | $1,350.00 |
| 0.75 | $450.00 | $337.50 |
| 2.5 | $450.00 | $1,125.00 |
| 1.5 | $450.00 | $675.00 |
| 1.25 | $450.00 | $562.50 |
| 1 | $450.00 | $450.00 |

| | | |
|---|---|---|
| 0.75 | $450.00 | $337.50 |
| 1.25 | $450.00 | $562.50 |
| 0.25 | $450.00 | $112.50 |
| 3.75 | $450.00 | $1,687.50 |
| 2.5 | $450.00 | $1,125.00 |
| 0.5 | $450.00 | $225.00 |
| 1.5 | $450.00 | $675.00 |
| 0.25 | $450.00 | $112.50 |
| 3.75 | $450.00 | $1,687.50 |
| 2.5 | $450.00 | $1,125.00 |
| 1 | $450.00 | $450.00 |
| 1.5 | $450.00 | $675.00 |
| 0.5 | $450.00 | $225.00 |
| 0.25 | $450.00 | $112.50 |
| 0.25 | $450.00 | $112.50 |
| 0.5 | $450.00 | $225.00 |
| 0.5 | $450.00 | $225.00 |
| 1.25 | $450.00 | $562.50 |
| 0.25 | $450.00 | $112.50 |
| 1 | $450.00 | $450.00 |

| | | |
|---|---|---|
| 1.5 | $450.00 | $675.00 |
| 1.25 | $450.00 | $562.50 |
| 0.25 | $450.00 | $112.50 |
| 3.5 | $450.00 | $1,575.00 |
| 0.5 | $450.00 | $225.00 |
| 0.75 | $450.00 | $337.50 |
| 0.25 | $450.00 | $112.50 |
| 0.25 | $450.00 | $112.50 |
| 1.25 | $450.00 | $562.50 |
| 1 | $450.00 | $450.00 |
| 0.25 | $450.00 | $112.50 |
| 2.5 | $450.00 | $1,125.00 |
| 0.25 | $450.00 | $112.50 |
| 0.25 | $450.00 | $112.50 |
| 1.5 | $450.00 | $675.00 |
| 3 | $450.00 | $1,350.00 |
| 0.25 | $450.00 | $112.50 |
| 2 | $450.00 | $900.00 |
| 0.5 | $450.00 | $225.00 |

| | | |
|---|---|---|
| 1.25 | $450.00 | $562.50 |
| 0.5 | $450.00 | $225.00 |
| 3.75 | $450.00 | $1,687.50 |
| 0.5 | $450.00 | $225.00 |
| 2.25 | $450.00 | $1,012.50 |
| 1 | $450.00 | $450.00 |
| 0.5 | $450.00 | $225.00 |
| 1.75 | $450.00 | $787.50 |
| 2 | $450.00 | $900.00 |
| 1.5 | $450.00 | $675.00 |
| 1.75 | $450.00 | $787.50 |
| 1 | $450.00 | $450.00 |
| 1.5 | $450.00 | $675.00 |
| 3.5 | $450.00 | $1,575.00 |
| 0.5 | $450.00 | $225.00 |

| | | |
|---|---|---|
| 2.75 | $450.00 | $1,237.50 |
| 1 | $450.00 | $450.00 |
| 0.75 | $450.00 | $337.50 |
| 1.5 | $450.00 | $675.00 |
| 3.5 | $450.00 | $1,575.00 |
| 2 | $450.00 | $900.00 |
| 1.5 | $450.00 | $675.00 |
| 2.5 | $450.00 | $1,125.00 |
| 1.5 | $450.00 | $675.00 |
| 0.5 | $450.00 | $225.00 |
| **111.25** | | **$50,062.50** |