Michael Hurey (State Bar No. 139,550)
mhurey@kleinberglerner.com
KLEINBERG & LERNER, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067-2501
Telephone:(310) 557-1511
Facsimile: (310) 557-1540

Attorneys for Plaintiffs THE BLACKLIST ONLINE, LLC. and SHALON DONEY

# UNITED STATED DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BLACKLIST ONLINE, LLC, a Delaware limited liability company and SHALON DONEY, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW WAGNER and ADAM CAMPBELL, individuals, <br><br> Defendants. | Case No.: 22-CV-02378-SK <br><br> **DECLARATION OF MICHAEL HUREY IN OPPOSITION TO MOTION FOR ATTORNEY'S FEES** <br><br> Hearing Time: To be Set <br> Hearing Date: To be Set |

I, MICHAEL HUREY, declare as follows:

1. I am an attorney at law licensed to practice before this Court and all of the Courts of the State of California. I am a partner in the law firm of Kleinberg & Lerner, LLP, counsel for the Plaintiffs in this action.

2. I received an email from Daniel Miller, counsel for the Defendants at 11:55 pm on September 9, 2024. Mr. Miller's email included Defendants' moving papers and supporting declarations for the present motion.

3. One of the supporting declarations was signed by Adam Campbell. Mr. Campbell's states at Paragraph 13 copies of certain text messages are attached as Exhibit 1 to his declaration. The copy I received from Mr. Mill did not have an Exhibit 1 attached.

4. I had several telephone calls with Mr. Miller during early August, 2023 to discuss this case and potential settlement.

5. On one of those occasions (I do not recall the exact date), Mr. Miller told me he had billed forty (40) hours of attorney time on this case as of that time.

6. I am certain of the 40-hour figure. I took contemporaneous notes during our conversation and wrote down Mr. Miller's statement.

7. I am willing to provide the Court with the original (or a copy) of my notes to review in camera in order to avoid disclosure of attorney-client and/or attorney work product material.

///
///
///

8. Attached hereto and marked as Exhibit 1 is a true and correct copy of an email which I received from Mr. Miller on August 19, 2023.

I declare under the penalty of perjury that the forgoing is true and correct. Execute this 11th day of September, 2023 at Los Angeles, California.

*/s/Michael Hurey*
Michael Hurey

# Exhibit 1

# Mike Hurey

| | |
|---|---|
| **From:** | Dan Miller <danmilleresq@mac.com> |
| **Sent:** | Wednesday, August 9, 2023 1:09 PM |
| **To:** | Mike Hurey |
| **Subject:** | Re: Deadlines and Settlement |
| **Attachments:** | Settlement Agreement KL Rev. 8.8.23.doc |

Mike,

<u>Settlement</u>:

Attached is a revised version of the settlement agreement with a single payment of $10,000 for Matt Wagner, which has been agreed to for quite some time. Remind your client that her settlement with Matt not only concludes this matter, but also his case for libel based on the horrific statements she made. His time for filing is fast approaching so this additional matter either needs to go forward or go away through settlement.

Adam Campbell has removed his $10,000 payment request and will resolve all of his issues with Plaintiff in the Divorce Action. We believe the settlement agreement clearly reserves issues of ownership, valuation, etc. to that action.

Attorney Fees: As I informed you when we spoke, I have already agreed to reduce my bill to $10,000 for this settlement discussion only in an effort to bring this case to a resolution. The actual bill is more than double that and, as you know, we are now at the point where we will be spending significant time on this case. My clients continue to believe they will prove this case was baseless from the beginning and should have never been required to incur attorney fees in the first place. Adam will not agree to bear the cost of this baseless litigation especially since he is already paying legal fees in the Divorce Action, where this matter should have been addressed. And Matt already reduced his payment from an originally agreed to $30,000 payment, down to $10,000. He is not willing to pay fees out of that paltry settlement amount.

Should your client wish to conclude this matter, an additional $10,000.00 should not stand in the way. Also, you will note that the time for payment has been changed to be concurrent with the signing of this agreement for Matt and prior to filing the request for dismissal for the fees. Given the lack of trust between our clients, asking Matt to wait for payment is a non-starter.

<u>No Settlement:</u>

If we don't settle and must litigate so be it.

- Special Interrogatories:  Plaintiffs agreed to provide this on Monday, By way of various emails and calls, those responses are now due today. Please confirm they will be provided.

- Depositon of Plaintiff: The court's modified scheduling order stated "Plaintiff Shalon Doney's Noticed Deposition is ORDERED to be completed no later than August 11, 2023." Again, by way of various emails and calls, we have agreed to go past the August 11, 2023 deadline and complete that deposition by no later than August 15.  Since the previously noticed deposition was set to occur at 2301 Dupont Drive, Suite 500, Irvine, CA 92612, we expect it to occur at that location. If your client would prefer to conduct it in Las Vegas, we are willing to do that

1