UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-02378-SK                                   Date: October 2, 2023

Title      The Blacklist Online, LLC et al v. Matthew Wagner et al.


Present: The Honorable:   Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES [ECF 45]**

      The Lanham Act provides that in "exceptional cases" the court "may award reasonable attorneys' fees to the prevailing party." 15 U.S.C. § 1117(a). But the exceptional case standard "presents a very high bar." *Anhing Corp. v. Viet Phu, Inc.*, 2017 WL 11630841, at *3 (C.D. Cal. May 18, 2017) (citation omitted). An exceptional case is one that "stands out from others" when considering "the substantive strength of a party's litigating position . . . or the unreasonable manner in which the case was litigated." *SunEarth, Inc. v. Sun Earth Solar Power Co.*, 839 F.3d 1179, 1180–81 (9th Cir. 2016) (quoting *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014)). Considering the totality of the circumstances, the Court concludes that this case was not exceptional under the Lanham Act.

      On August 14, 2023, pursuant to the parties' stipulation, the Court entered judgment dismissing this action with prejudice. (ECF 44). But defendants have not convincingly shown that plaintiff's case was "objectively meritless." *Arcona, Inc. v. Farmacy Beauty, LLC*, 2021 WL 2414856, at *2 (C.D. Cal. June 14, 2021). And their claim that plaintiff had an "ulterior motive" in bringing this suit—while no doubt true—does not push her case into the realm of the exceptional with the meaning of the Lanham Act. *Anhing Corp.*, 2017 WL 11630841, at *8. Nor have they demonstrated that this case is exceptional by Lanham Act standards because of plaintiff's litigation conduct. *See*, *e.g.*, *Coach, Inc. v. Citi Trends, Inc.*, 2020 WL 13064695, at *8 (C.D. Cal. July 20, 2020) (finding failure to meet discovery deadlines not exceptional). Defendants' motion for attorney's fees is therefore DENIED.

      IT IS SO ORDERED.